IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ANA GONZALEZ; DEBORAH SCOTT;      :
MARILYN CARHUAYAL; INEZ WALKER;   :
DONA ALLEN; JANE DOES I, II, and  :
III,                              :
                                  :
          Plaintiffs,             :
                                  :
     v.                           :    Civil Action No. 04-230 JJF
                                  :
RYDER SYSTEM, INC.; RYDER         :
INTEGRATED LOGISTICS, INC.; RYDER :
TRUCK RENTAL, INC.; JAIME TITUS;  :
RON BROOKS, and RANDY MASON, in   :
their official and individual     :
capacities,                       :
                                  :
          Defendants.             :


**O R D E R**

WHEREAS, by letter dated June 11, 2004 (D.I. 16), counsel
for both parties notified the Court that the parties were commencing
settlement negotiations to avoid further litigation;

WHEREAS, the Consent Decree filed in related Civil Action
No. 04-195 indicates that the above-captioned lawsuit "has been
resolved through a separate settlement agreement between Ryder and
the private parties" (D.I. 19 at 2, paragraph D);

WHEREAS, this matter has been pending with no activity for
over nine (9) months;

NOW THEREFORE, IT IS HEREBY ORDERED that is action is
**DISMISSED** **with prejudice.**  However, the Court will retain
jurisdiction to vacate this Order and to reopen this action upon
application by any party showing that settlement has not been

completed or that further litigation is necessary.  Said application
shall be made no later than twenty (20) days from the date of this
Order.


March 30, 2005                            UNITED STATES DISTRICT JUDGE
    DATE